CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 03 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ERNEST C. HOLLAND, JR., | )  |
| | ) Civil Action No. 7:13CV00057 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DR. D. MILLER, et al., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |
| | ) |

All motions in this case were referred to the Honorable Pamela M. Sargent, United States Magistrate Judge, under 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has filed a report recommending that the court enter an order dismissing as moot the plaintiff's Motion for an Emergency Preliminary Injunction. Objections to the report and recommendation have not been filed and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted. It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's Motion for an Emergency Preliminary Injunction is **DENIED** as moot.

ENTER: September 3rd, 2013.

UNITED STATES DISTRICT JUDGE