CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ERNEST C. HOLLAND, JR., | ) | |
| | ) | Civil Action No. 7:13cv00057 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. D. MILLER, *et al.*, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the memorandum opinion entered this day it is **ORDERED** and **ADJUDGED** as follows:

1) The motion of defendant Dr. D Miller to dismiss is **GRANTED** as to all federal claims against him, except Holland's deliberate indifference claim pursuant to 42 U.S.C. §1983 and it is **DENIED** as to that claim without prejudice to reconsideration on motion for summary judgment;

2) The motions of defendants Eugene Whited, M. Phillips, P. Goins, M. Coleman, and C. Hawks to dismiss the federal claims against them are **GRANTED**;

3) Holland's claims against defendants Correctional Officer Horne and Gail Jones are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii);

4) The court declines to exercise supplemental jurisdiction over Holland's state law claims because they would predominate over the single remaining claim, and they are **DISMISSED without prejudice**; and

5) All other outstanding motions are **DENIED as moot.**

**ENTER**: March 31, 2014.

_____
UNITED STATES DISTRICT JUDGE